**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAYINTA DYAH ANGGANA, Administrator of the Estate of NURUL DYAH AYU SITHARESMI, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a corporation,<br><br>Defendant. | No. 1:18-cv-_____ |

**BOEING'S CORPORATE DISCLOSURE STATEMENT**

Defendant The Boeing Company ("Boeing") files the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2(a).

Boeing The Boeing Company ("Boeing") files the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2(a).

1. Boeing has no parent corporation.

2. As of July 24, 2018, no corporation has filed a Schedule 13 with the U.S. Securities and Exchange Commission disclosing ownership of ten percent or more of Boeing's stock.

3. Additionally, Capital World Investors, The Vanguard Group, Inc., BlackRock, Inc., and Newport Trust Company each beneficially owned more than five percent of Boeing's stock as of December 31, 2017, based on filings made with the SEC.

| | |
|---|---|
| DATED: December 27, 2018 | THE BOEING COMPANY |
| | By: /s/ Bates McIntyre Larson |
| | *One of its Attorneys* |

Bates McIntyre Larson
BLarson@perkinscoie.com
Daniel T. Burley
DBurley@perkinscoie.com
**Perkins Coie LLP**
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

Mack H. Shultz
MShultz@perkinscoie.com
Gretchen M. Paine
GPaine@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

## CERTIFICATE OF SERVICE

      I, Bates McIntyre Larson, certify that on December 27, 2018, I electronically filed the foregoing ***CORPORATE DISCLOSURE STATEMENT*** with the Clerk of the Court using the CM/ECF system, and served copies by email and by First-Class U.S. Mail, postage prepaid, upon the following attorneys of record:

| | |
|---|---|
| Steven A. Hart<br>shart@hmelegal.com<br>HART McLAUGHLIN & ELDRIDGE<br>22 West Washington Street Suite 1600<br>Chicago, IL 60602<br>Phone: (312) 955-0545<br>Fax: (312) 971-9243 | Sanjiv N. Singh<br>ssingh@sanjivnsingh.com<br>SANJIV N. SINGH, APLC<br>1650 S. Amphlett Blvd. Suite 220<br>San Mateo, CA 94402<br>Phone: (650) 389-2255<br>Fax: (415) 358-4006 |
| Brian S. Kabateck<br>bsk@kbklawyers.com<br>Christopher B. Noyes<br>cn@kbklawyers.com<br>KABATECK LLP<br>633 West 5th Street, Suite 3200<br>Los Angeles, CA 90071<br>Phone: (213) 217-5000<br>Fax: (213) 217-5010 | |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of December, 2018.

                                                 /s/  Bates McIntyre Larson
                                           PERKINS COIE LLP
                                           131 South Dearborn Street, Suite No. 1700
                                           Chicago, Illinois 60603-5559
                                           Tel: (312) 324-8400
                                           Fax: (312) 324-9400